**Order entered September 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00945-CR
### No. 05-14-00946-CR

**LADEREK KINTE REYNOLDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F09-58630-Y, F11-60044-Y**

## ORDER

The Court **DENIES** as premature appellant's September 3, 2015 pro se request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. Appellant's pro se response to the *Anders* brief is not due until October 12, 2015.

We **DIRECT** the Clerk to send copies of this order to LaDerek Kinte Reynolds, TDCJ No. 1975321, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas 75884, and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE